IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LAMEL DIGGS, | : | PRISONER ACTION |
|    Plaintiff, | : | 28 U.S.C. § 1361 |
| | : | |
| v. | : | |
| | : | |
| BARACK OBAMA, | : | CIVIL ACTION NO. |
|    Defendant. | : | 1:16-CV-1174-TWT-JKL |

## ORDER AND FINAL REPORT AND RECOMMENDATION

Plaintiff is confined at the federal prison in Yazoo City, Mississippi. Plaintiff, pro se, sent a letter to President Barack Obama with the following subject line: "Notice of and Recission [sic] of Signature on all Suretyship and Adhesion Contracts, Declaration of Status/Notice of Interests." (Doc. 1 at 1.) In the letter, Plaintiff refers to himself as a trust, announces that he is the beneficiary of that trust, and demands that the federal government recognize such. (*Id.*) Plaintiff attached to his letter "A DECLARATION By the REPRESENTATIVES of the MANASSEH MUSLIMS OF AMERICA," which declares "That the brothers and sisters of this nation are, and of Right ought to be Free and Independent states" apart from any recognized government. (*Id.* at 3.)

Plaintiff sent copies of his letter to several state and federal officials, including the Clerk of this Court. (Doc. 1 at 2.) The Clerk docketed Plaintiff's letter as the complaint in this case.

Plaintiff's letter indicates that he did not intend to file a civil action, but instead intended to provide "Notice" to government officials that he has declared to the United States government that he is a sovereign entity. Besides listing the Court's Clerk as one of many "CC" (carbon copy) recipients of the letter, Plaintiff did not otherwise reference the Court or state that he seeks anything from the Court.[1] (*See* Doc. 1 at 1-5.) Plaintiff's letter, which is addressed to only The President of the United States, cannot be construed, even liberally, as a complaint for relief in this Court.

---

[1] Plaintiff likely sent the Clerk a copy of the letter because he is imprisoned pursuant to a judgment of conviction entered in this Court. *See* J., *United States v. Diggs*, No. 1:07-cr-186-TWT (N.D. Ga. Mar. 21, 2008).

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE**.  The Court **GRANTS** Plaintiff leave to proceed *in forma pauperis* for purposes of dismissal only.

**SO ORDERED & RECOMMENDED** this 15th day of April, 2016.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE